BRYAN CAVE LEIGHTON PAISNER LLP, (No. 0145700)
Kyle S. Hirsch, #024155
Rachel E. Phillips, #029630
Two N. Central Avenue, Suite 2100
Phoenix, AZ 85004-4406
Telephone: (602) 364-7000
Facsimile: (602) 364-7070
kyle.hirsch@bclplaw.com
rachel.phillips@bclplaw.com

Attorneys for Plaintiff Armed Forces Bank, N.A.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Armed Forces Bank, N.A., <br><br> Plaintiff, <br><br> vs. <br><br> Douglas A. Dragoo and Elizabeth J. Dragoo, husband and wife; Southpac Trust International, Inc., as Trustee of The Dragoo Family Trust, Dated June 25, 1996, As Amended and Restated, <br><br> Defendants. | No. 2:17-cv-00786-ROS <br><br><br> **NOTICE OF SERVICE** <br><br> **(Hon. Roslyn O. Silver)** |

Plaintiff Armed Forces Bank, N.A. ("AFB") by and through undersigned counsel, hereby submits to the Court its Notice of Service of the Complaint and Summons upon Defendant Southpac Trust International, Inc., as Trustee of The Dragoo Family Trust, Dated June 25, 1996, As Amended and Restated ("Southpac") via e-mail to Southpac's counsel of record in this case and via Federal Express delivery upon Southpac's director, Charles Petero, at one of Southpac's Cook Islands offices. A true and correct copy of the Federal Express proof of delivery is attached hereto as Exhibit A.

11773494.1\0235648

1  DATED this 30th day of May, 2018.

2                                              BRYAN CAVE LEIGHTON PAISNER LLP

4                                     By:    *s/Rachel E. Phillips*
5                                            Kyle S. Hirsch
                                             Rachel E. Phillips
6                                            Two N. Central Avenue, Suite 2100
                                             Phoenix, AZ  85004-4406
7                                            Attorneys for Plaintiff

**BRYAN CAVE LEIGHTON PAISNER LLP**
**TWO NORTH CENTRAL AVENUE, SUITE 2100**
**PHOENIX, ARIZONA 85004-4406**
**(602) 364-7000**

# CERTIFICATE OF SERVICE

This is to certify that on the 30th day of May, 2018, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system and U.S./International mail to:

Douglas Dragoo
678 Rendezvous Court
Pagosa Springs, CO  81147

Elizabeth Dragoo
678 Rendezvous Court
Pagosa Springs, CO  81147

Douglas Dragoo
7208 E. Cave Creek Road, Suite A
P.O. Box 5061
Cave Creek, AZ  85377

Elizabeth Dragoo
7208 E. Cave Creek Road, Suite A
P.O. Box 5061
Cave Creek, AZ  85377

Michael F. Beethe, Esq.
Patrick T. Stanley, Esq.
Comitz Beethe
6720 N. Scottsdale Road, Suite 150
Scottsdale, AZ  85253
mbeethe@cobelaw.com
pstanley@cobelaw.com
Attorneys for Douglas and Elizabeth Dragoo

Daniel R. Warner, Esq.
Raeesabbas Mohamd, Esq.
KELLY / WARNER, PLLC
8283 N. Hayden Rd., Suite 229
Scottsdale, AZ  85258
raees@kellywarnerlaw.com
dan@kellywarnerlaw.com
Attorneys for Defendant Southpac Trust International, Inc.

Southpac Trust International, Inc., as Trustee of the Dragoo Family Trust, Dated June 25, 1996, as amended and restated
c/o Charles Petero
ANZ Hous, 2nd Floor Ara Tapu
Avarua District, Cook Islands
Defendant

BRYAN CAVE LEIGHTON PAISNER LLP
Two North Central Avenue, Suite 2100
Phoenix, Arizona  85004-4406
(602) 364-7000

11773494.1\0235648                         3

BRYAN CAVE LEIGHTON PAISNER LLP
TWO NORTH CENTRAL AVENUE, SUITE 2100
PHOENIX, ARIZONA 85004-4406
(602) 364-7000

1  Southpac Trust International, Inc., as
   Trustee of the Dragoo Family Trust, Dated
2  June 25, 1996, as amended and restated
   c/o Charles Petero
3  PO Box 11, ANZ House
   Maire Nui Drive
4  Raratonga
   Cook Islands
5  Defendant

6
   By:   *s/Cristina Daniels*
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

11773494.1\0235648                             4